Rhode Island Departement of Corrections

Inmate Account History

ID#: 503352

Name: CRUZ, LUIS A

Date of birth:

Location: MED - CMODR - 15T

| Balances as of 1/22/2007: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 21.65 | 0.00 | 231.79 | 253.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/13/2006 | EPR | OID:100558762-ComisaryPurch-Reg | -22.14 | 63.05 | 0.00 | 158.53 |
| 6/15/2006 | <MEDICAL> | EYE MED 05-18-2006 | -15.00 | 48.05 | -15.00 | 158.53 |
| 6/15/2006 | MEDICAL | EYE MED 05-18-2006 | 15.00 | 48.05 | 0.00 | 158.53 |
| 6/21/2006 | CHECK TRANSFER | DIANE HERNANDEZ/L. CRUZ 503352 | -48.00 | 0.05 | 0.00 | 158.53 |
| 6/22/2006 | POSTAGE | POSTAGE | 5.12 | 0.05 | 5.12 | 158.53 |
| 6/22/2006 | <POSTAGE> | POSTAGE | -0.05 | 0.00 | 5.07 | 158.53 |
| 7/5/2006 | LEGAL COPY | LEGAL COPIES 5/30-6/12 MED | 0.70 | 0.00 | 5.77 | 158.53 |
| 7/14/2006 | <POSTAGE> | Payment for POSTAGE on 2006-06-22-12.50. | -5.07 | -5.07 | 0.70 | 158.53 |
| 7/14/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2006-07-05-14. | -0.70 | -5.77 | 0.00 | 158.53 |
| 7/14/2006 | PAYROLL MED | PORTER | 45.00 | 27.98 | 0.00 | 169.78 |
| 7/18/2006 | EPR | OID:100570695-ComisaryPurch-Reg | -27.43 | 0.55 | 0.00 | 169.78 |
| 8/9/2006 | CASH A TELLER | ELIZABETH PALMIERI | 40.00 | 40.55 | 0.00 | 169.78 |
| 8/15/2006 | EPR | OID:100580830-ComisaryPurch-Reg | -31.80 | 8.75 | 0.00 | 169.78 |
| 8/15/2006 | PAYROLL MED | PORTER | 18.00 | 22.25 | 0.00 | 174.28 |
| 8/17/2006 | <LEGAL COPY> | LEGAL COPIES 7/25-8/7 MED | -1.05 | 21.20 | -1.05 | 174.28 |
| 8/17/2006 | LEGAL COPY | LEGAL COPIES 7/25-8/7 MED | 1.05 | 21.20 | 0.00 | 174.28 |
| 8/17/2006 | POSTAGE | POSTAGE | 4.88 | 21.20 | 4.88 | 174.28 |
| 8/17/2006 | <POSTAGE> | POSTAGE | -4.88 | 16.32 | 0.00 | 174.28 |
| 8/19/2006 | ERF | OID:100580830-ComisaryRefund-Reg | 8.08 | 24.40 | 0.00 | 174.28 |
| 8/22/2006 | EPR | OID:100583273-ComisaryPurch-Reg | -13.20 | 11.20 | 0.00 | 174.28 |
| 9/6/2006 | CASH B TELLER | ELIZABETH PALOMIERI | 30.00 | 41.20 | 0.00 | 174.28 |
| 9/12/2006 | EPR | OID:100590736-ComisaryPurch-Reg | -37.03 | 4.17 | 0.00 | 174.28 |
| 9/15/2006 | PAYROLL MED | PORTER | 46.50 | 39.04 | 0.00 | 185.91 |
| 9/15/2006 | <MEDICAL> | EYE MED 08-31-2006 | -6.00 | 33.04 | -6.00 | 185.91 |
| 9/15/2006 | MEDICAL | EYE MED 08-31-2006 | 6.00 | 33.04 | 0.00 | 185.91 |
| 9/19/2006 | EPR | OID:100593195-ComisaryPurch-Reg | -10.89 | 22.15 | 0.00 | 185.91 |
| 10/3/2006 | EPR | OID:100597759-ComisaryPurch-Reg | -14.83 | 7.32 | 0.00 | 185.91 |
| 10/4/2006 | <LEGAL COPY> | LEGAL COPIES 9/5-9/25 MED | -0.25 | 7.07 | -0.25 | 185.91 |
| 10/4/2006 | LEGAL COPY | LEGAL COPIES 9/5-9/25 MED | 0.25 | 7.07 | 0.00 | 185.91 |
| 10/10/2006 | EPR | OID:100600387-ComisaryPurch-Reg | -7.05 | 0.02 | 0.00 | 185.91 |
| 10/12/2006 | CASH B TELLER | ELIZABETH PALMIERI | 25.00 | 25.02 | 0.00 | 185.91 |
| 10/16/2006 | PAYROLL MED | CHAPLAIN CLERK | 30.00 | 47.52 | 0.00 | 193.41 |
| 10/17/2006 | EPR | OID:100602366-ComisaryPurch-Reg | -21.50 | 26.02 | 0.00 | 193.41 |

Due to computer posting the 'Balances as of 1/22/2007' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Departement of Corrections

Inmate Account History

ID#: 503352

Name: CRUZ, LUIS A

Date of birth:

Location: MED - CMODR - 15T

Balances as of 1/22/2007:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 21.65 | 0.00 | 231.79 | 253.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/18/2006 | EPR | OID:100604483-ComisaryPurch-Reg | -16.29 | 9.73 | 0.00 | 193.41 |
| 10/30/2006 | <POSTAGE> | POSTAGE | -1.35 | 8.38 | -1.35 | 193.41 |
| 10/30/2006 | POSTAGE | POSTAGE | 1.35 | 8.38 | 0.00 | 193.41 |
| 11/9/2006 | CASH B TELLER | ELIZABETH PALMIERI | 25.00 | 33.38 | 0.00 | 193.41 |
| 11/10/2006 | <MED COPY> | MED COPIES 11/3/06 MED | -3.75 | 29.63 | -3.75 | 193.41 |
| 11/10/2006 | MED COPY | MED COPIES 11/3/06 MED | 3.75 | 29.63 | 0.00 | 193.41 |
| 11/14/2006 | EPR | OID:100613077-ComisaryPurch-Reg | -27.99 | 1.64 | 0.00 | 193.41 |
| 11/15/2006 | PAYROLL MED | CHAPLAIN CLERK | 46.50 | 36.51 | 0.00 | 205.04 |
| 11/19/2006 | EPR | OID:100615456-ComisaryPurch-Reg | -9.91 | 26.60 | 0.00 | 205.04 |
| 11/20/2006 | <POSTAGE> | POSTAGE | -0.63 | 25.97 | -0.63 | 205.04 |
| 11/20/2006 | POSTAGE | POSTAGE | 0.63 | 25.97 | 0.00 | 205.04 |
| 11/28/2006 | CHECK TRANSFER | DIANE HERNANDEZ/L. CRUZ 503352 | -25.00 | 0.97 | 0.00 | 205.04 |
| 12/7/2006 | CASH A TELLER | ELIZABETH PALMIERI | 25.00 | 25.97 | 0.00 | 205.04 |
| 12/10/2006 | EPR | OID:100623826-ComisaryPurch-Reg | -15.65 | 10.32 | 0.00 | 205.04 |
| 12/14/2006 | POSTAGE | CERTIFIED MAIL | 5.36 | 10.32 | 5.36 | 205.04 |
| 12/14/2006 | <POSTAGE> | CERTIFIED MAIL | -5.36 | 4.96 | 0.00 | 205.04 |
| 12/15/2006 | PAYROLL MED | CHAPLAIN CLERK | 45.00 | 38.71 | 0.00 | 216.29 |
| 12/17/2006 | EPR | OID:100624970-ComisaryPurch-Reg | -14.16 | 24.55 | 0.00 | 216.29 |
| 12/18/2006 | EPR | OID:100627378-ComisaryPurch-Reg | -20.53 | 4.02 | 0.00 | 216.29 |
| 12/20/2006 | <LEGAL COPY> | LEGAL COPIES 11/15-12/14 MED | -1.65 | 2.37 | -1.65 | 216.29 |
| 12/20/2006 | LEGAL COPY | LEGAL COPIES 11/15-12/14 MED | 1.65 | 2.37 | 0.00 | 216.29 |
| 12/23/2006 | ERF | OID:100624970-ComisaryRefund-Reg | 0.86 | 3.23 | 0.00 | 216.29 |
| 1/9/2007 | EPR | OID:100633384-ComisaryPurch-Reg | -3.08 | 0.15 | 0.00 | 216.29 |
| 1/16/2007 | PAYROLL MED | CHAPLAIN CLERK | 62.00 | 46.65 | 0.00 | 231.79 |
| 1/18/2007 | CHECK TRANSFER | DIANE HERNANDEZ/LO. CRUZ 503352 | -25.00 | 21.65 | 0.00 | 231.79 |

Due to computer posting the 'Balances as of 1/22/2007' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.