**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**LUIS A. CRUZ**

**v.** **C.A. No. 07 - 041 S**

**A.T. WALL, et al.**

**ORDER TO SHOW CAUSE**

Plaintiff Luis A. Cruz, *pro se*, an inmate incarcerated at the Rhode Island Department of Corrections ("RI DOC"), filed this instant action on January 31, 2007, naming as defendants officials and/or employees at the RI DOC. However, to the date of this Order, plaintiff has not effected service on any named defendant.

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE,** in writing, within ten days, why this instant action should not be dismissed for a failure to serve on the defendants in a timely manner. See Fed. R. Civ. P. 4(m)(providing a 120 day period in which to effect service).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
June 12, 2007