**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Luis A. Cruz**

**V.** **Case Number: C.A. NO. 07-41S**

**A.T. Wall, et al**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, A.T. Wall, II, Director against the Plaintiff, Luis A. Cruz in accordance to the Text Order dated July 5, 2007 granting Defendant's Motion to Dismiss.**

**July 5, 2007**
**Date**

**Deputy Clerk**